UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **UNSEALING ORDER** |
| - v. - | : | 20 Cr. 162 |
| SCOTT ROBINSON, and SCOTT MANGINI, | : | |
| Defendants. | : | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Sarah Mortazavi, Andrew Adams, and Benet Kearney;

It is found that the Indictment in the above-captioned action, 20 Cr. 162, is currently sealed and the United States Attorney's Office has applied to have that Indictment automatically unsealed on March 9, 2020 at 7:00 a.m., it is therefore

[Continued]

ORDERED that the Indictment in the above-captioned action be unsealed on March 9, 2020 at 7:00 a.m. and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
March 6, 2020

HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE