GOODWIN

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

March 5, 2021

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Scott Mangini, 20 Cr. 162 (JPO)**

Dear Judge Oetken:

I represent Scott Mangini in this matter. In anticipation of Monday's argument on the motion for a bill of particulars, I write to update the Court on certain facts relevant to the motion – and in particular, the parties' disagreement over whether the volume of the Government's discovery weighs in favor of requiring a bill of particulars.

Mr. Mangini explained in the December 21, 2020 motion that the volume of discovery was too vast and too often unrelated to Mr. Mangini to allow him to identify the charges against him absent the requested particulars. Br. at 3-4. Since then, that challenge has only grown more severe, as the Government has continued to make additional productions over multiple waves of discovery totaling tens of thousands of additional files. As of today, we estimate that the Government has produced a total of over 320 GB of data, or nearly 200,000 files. This is particularly concerning since the bulk of this discovery—over 280 GBs of data made over the course of eight separate productions as recently as two weeks ago—was provided to the defense after the Government represented to the Court and counsel that "as of about October 5, 2020, Rule 16 discovery was substantially entirely completed," subject to the possibility that "[t]here may be a handful of additional subpoena returns and the like rolling in." Tr. of November 2, 2020 conference, at 3. This additional discovery has included imaged phones from multiple people, search photos, seized items inventories, third party records, FDA records, and expert reports. The onslaught of discovery continues to make it more difficult, not easier, for Mr. Mangini to prepare for trial and avoid unwarranted surprise.

Respectfully submitted,

/s/ William J. Harrington

William J. Harrington

Cc: Mr. Jeff Marcus, Esq.
AUSA Andrew Adams, Esq.
AUSA Sarah Mortazavi, Esq.